UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFERY WAYNE MCBRIDE, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:16-CV-1773 JAR |
| | ) | |
| UNITED STATES DISTRICT COURT FOR | ) | |
| THE EASTERN DISTRICT OF MISSOURI, | ) | |
| | ) | |
| Defendant, | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion for extension of time to file his third amended complaint and for copies of the documents he has submitted to the Court. The motion is granted in part and denied in part.

The Court ordered plaintiff to submit a third amended complaint because he filed numerous disjointed pleadings with the Court that only served to confuse his claims. Plaintiff now seeks an additional ninety days "to obtain all reports to name all parties who injured [him], the real party."

The Court will give plaintiff an additional twenty-one days to file his amended complaint. Plaintiff has a tendency to needlessly confuse his claims with long-winded factual statements and references to the law, much of which is irrelevant, such as the references to the Uniform Commercial Code.

Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint must contain a "short and plain statement" of the facts plaintiff believes entitles himself to relief. Plaintiff must adhere to this Rule, or the Court will dismiss this action. *See Micklus v. Greer*, 705 F.2d 314, 317 n. 3 (8th Cir. 1983). Additionally, Rule 10(b) requires that plaintiff "state [his] claims . . . in

numbered paragraphs, each limited as far as practicable to a single set of circumstances." Pro se parties are not exempt from the requirements of the Federal Rules of Civil Procedure.

If plaintiff wants copies of any documents on the docket, he must contact the Clerk of Court and pay the standard copy fees. He is not entitled to free copies.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for extension of time [ECF No. 15] is **GRANTED** in part and **DENIED** in part.

**IT IS FURTHER ORDERED** that plaintiff must file his third amended complaint no later than **March 1, 2017**. No further extensions will be granted.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court will dismiss this action without further proceedings.

Dated this 7th day of February, 2017.

*John A. Ross*
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE